JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **818 REAL ROAD PARTNERS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MOHSEN, INC.,**<br><br>Defendant. | Case No. CV 24-7828-DMG (JPRx)<br><br>**ORDER APPROVING STIPULATION TO REFER ACTION TO THE BANKRUPTCY COURT [16]** |

The Court, having read and considered the Parties' "Stipulation By And Between Mohsen, Inc. And 818 Real Road Partners, LLC For Reference Of The Instant Action To The Bankruptcy Court Of Central District Of California, Los Angeles Division" (the "Stipulation"), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is **APPROVED**.

2. Pursuant to General Order 13-05 of this District Court for the Central District of California and 28 U.S.C. § 157(a), the above-captioned matter currently pending as case number CV 24-7828-DMG (JPRx) is referred and transferred to the United States Bankruptcy Court, Central District of California, Los Angeles Division, bearing bankruptcy case number 2:24-bk-10334-WB.

3. This action shall be administratively closed.

DATED: October 11, 2024

_____
DOLLY M. GEE
Chief United States District Judge